CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 02 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DAVID WARREN,<br>        *Plaintiff,*<br><br>v.<br><br>TRI TECH LABORATORIES, INC.,<br>        *Defendant.* | CIVIL ACTION NO. 6:12-CV-00046<br><br>MEMORANDUM OPINION<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

By counsel, Defendant filed a motion to dismiss the *pro se* Plaintiff's Title VII complaint as "untimely under 42 U.S.C. § 2000e-5(f)(1) because he failed to file his Complaint within ninety (90) days after receipt of the Equal Employment Opportunity Commission's ("EEOC") Right-to-Sue notice." Defendant contends that Plaintiff's complaint was filed on September 17, 2012, "which is ninety-one (91) days after his admitted receipt of the Right-to-Sue notice."

However, as the *pro se* Plaintiff points out in his response in opposition to the motion to dismiss, September 16, 2012, fell on a Sunday. Therefore, under Rule 6 of the Federal Rules of Civil Procedure, the time for filing the complaint was extended to Monday, September 17, 2012. *See* Fed. R. Civ. P. 6(a)(1)(C), 6(a)(3); *see also Perry v. LaHood*, 2009 WL 1350470 *7 n. 4 (E.D. Va. 2009); *Payan v. Aramark Management Services Ltd. Partnership*, 495 F.3d 1119, 1125 (9th Cir. 2007); *Milam v. U.S. Postal Service*, 674 F.2d 860, 862 (11th Cir. 1982); *Kane v. Douglas, Elliman, Hollyday & Ives*, 635 F.2d 141, 142 (2nd Cir. 1980); *Pearson v. Furnco Const. Co.*, 563 F.2d 815, 819 (7th Cir. 1977); *Akridge v. Gallaudet University*, 729 F. Supp. 2d 172, 178 (D. D.C. 2010); *Lunardini v. Massachusetts Mut. Life Ins. Co.*, 696 F. Supp. 2d 149, 160 (D. Conn. 2010); *Hudson v. Teamsters Local Union No. 957*, 536 F. Supp. 1138, 1146 (S.D.

Ohio 1982); *Irby v. Shelby County Government*, 508 F. Supp. 1080, 1083 (W.D. Tenn. 1981).

Accordingly, Defendant's motion to dismiss will be denied. An appropriate order accompanies this memorandum opinion.

Entered this 2nd day of May, 2013.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE